IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2017-CV-20628 JLK

BELINDA MCALLISTER
    Plaintiff,
vs.

SUPERIOR CAPITAL LLC as successor in interest to FT TRADE FINANCIAL CORP.
    Defendant,
_____/

## DEFENDANT'S MOTION FOR ADDITIONAL EXTENSION OF TIME

Defendant, by and through its undersigned counsel, hereby files its Motion for Additional Extension of Time, and in support thereof, asserts the following:

1. The parties, by and through their respective counsel, have reached a Settlement Agreement.

2. Defendant is awaiting the Settlement Agreement from Plaintiff's counsel, Joel Lucoff, Esq., and is filing the foregoing Motion for Additional Extension of Time to allow time for the Settlement Agreement to get signed and filed with the Court.

3. Accordingly, Defendant is respectfully requesting additional time, up through and including June 1, 2017, in order to finalize the Settlement Agreement.

4. Defendant's counsel has conferred with Plaintiff's counsel and he has no objection to the filing of this Motion.

WHEREFORE, it is respectfully requested that this Honorable Court grant Defendant's Motion for Extension of Time, up through and including June 1, 2017.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was emailed to Joel Lucoff, Esq., joel@jdllawpa.com, this May 11, 2017.

                        s/ Noam J. Cohen, Esq.
                        Email: service@Noamjcohenpa.com
                        Fla. Bar No. 0271240
                        Attorney for Defendant
                        NOAM J. COHEN, P.A.
                        13899 Biscayne Blvd., Suite #305
                        Miami, Florida 33181
                        (305) 341-3545; (305) 948-6665

SD3117